ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES ANTHONY HUGHES
RE:(CASE NUMBER)
NO. 01-1306

-vs-

UNITED STATES OF AMERICA

:
:
:
:
:
:
:
:
:
:
:

FILED
HARRISBURG, PA
NOV 08 2004
MARY E. D'ANDREA
Per _____
_____, CLERK

DOCKET NUMBER 01-1306
CRIMINAL ACTION NO: 1:00-CR-00173-SHR

JUDGE: (Sylvia Rambo)

NOTICE OF APPEAL

COMES NOW, James Hughes, appealing the order of the District Court (Honorable Judge Sylvia Rambo) entered on October 27, 2004 regarding the above noted case, in a timely fashion.

Defendant requests that the Clerk of the Court time and date stamp this formal **Notice of Appeal** on the date it has been received.  Defendant further requests that the Clerk of the Court return to him, at the address listed below, a filed copy of this Notice of Appeal.

Respectfully Submitted,

11-03-04

James Hughes
Reg. No. 10223-067
F.C.I. Allenwood (Medium)
Unit 4-B
Post Office Box 2000
White Deer, PA. 17887



James Hughes 10223-067
F.C.I. Allenwood
P.o Box 2000
White Deer PA. 17887

FEDERAL CORRECTIONAL
INSTITUTION ALLENWOOD

Clerk of Courts:
The United states District Court
For The middle District of Pennsylvania
228 Walnut St P.o Box 868
Harrisburg PA 17103

17108/0868