I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named James Hughes from the FCI Allenwood to the Dauphin County Prison This 26th day of Oct 2004

Michael R. Ryan
U.S. Marshal, M/D PA

By Wayne E. Gam

For: DUSM Ryan

---

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named James Hughes from the Dauphin County Prison to the U.S. District Court This 27th day of Oct 2004

Michael R. Ryan
U.S. Marshal, M/D PA

By Wayne E. Gam

For: DUSM Ryan

---

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named James Hughes from the Dauphin County Prison to the FCI Allenwood This 1st day of Nov. 2004

Michael R. Ryan
U.S. Marshal, M/D PA

By Wayne E. Gam

For: DUSM Upchurch

---

00-173

FILED
HARRISBURG, PA
NOV 0 5 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk