UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-4277

_____

UNITED STATES OF AMERICA

v.

JAMES ANTHONY HUGHES,
                                             Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
D.C. Crim. 00-cr-00173
District Judge:  The Honorable Sylvia H. Rambo

_____

Submitted Under Third Circuit LAR 34.1(a)
January 10, 2006

_____

Before: BARRY and AMBRO, Circuit Judges, and DEBEVOISE,* District Judge

_____


_____

JUDGMENT

_____


    This cause came to be heard on the record from the United States District Court for

the Middle District of Pennsylvania and was submitted on January 10, 2006.

_____

    *The Honorable Dickinson R. Debevoise, Senior District Judge, United States District
Court for the District of New Jersey, sitting by designation.

After consideration of all contentions raised by appellant, it is

ADJUDGED and ORDERED that because this Court lacks jurisdiction, the appeal be and

hereby is dismissed in accordance with this Opinion.

ATTEST:

_/s/ Marcia M. Waldron_
Clerk

Dated: 1 March 2006