Office of the Clerk of Courts
United States District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut Street
P.O. Box 938
Harrisburg, PA 17108

00-CR-173
J. Rambo

FILED
HARRISBURG, PA

MAR 10 2008

MARY E. D'ANDREA, CLERK
Per _____

James Hughes #10223-067
FCI Allenwood - Unit 4-B
P.O. Box 2000
White Deer, PA 17887-2000

March 4, 2008

Dear Sir or Madam:

   I'm unrepresented by a lawyer (to my knowledge). I ask that an attorney be appointed to help request a sentence reduction.

   I would like to know if I'm eligible to receive the 2-level Reduction that the Sentencing Commission has made available to those sentenced for so-called "Crack" Offenses. There's a slew of trivialities that may, or may not, bring me through the threshold to receive the benefits of the New Sentencing Amendment, (i.e. I plead Guilty to 50 grams of Cocaine Base [Count II], the Government enhanced the amount to 500 grams!)

   Is 10 years (50 grams) my statutory minimum? Or, because I was enhanced, is there a higher mandatory minimum? I'm under the impression that 50 grams or "more" encompasses the enhancement of 500 grams.

   Also, I'm in Category 6 by way of Criminal History Points. They never sought the Career Criminal statute being as though my Criminal History Points calculated a point more (38) verses the Career Offender (37). The confusing part is,----Amendment twelve (12). "Criminal History" would rectify my sentence marginally, if not significantly. Reason being, I have a Consolidation Order that, once coupled with this new Amendment, would bring clarity and resolution to the Objections I made at sentencing (P.S.R.)

   I believe with counsel, I'd receive the full and just portion of these new laws.

                                           With All Due Respect,

                                           JAMES HUGHES #10223-067

cc: Mr. Thorton
    Mr. Krauss
    Represented me on different
    occassion who would be my attorney

James Hughes #10223-067
FCI Allenwood- Unit 4-B
P.O. Box 2000
White Deer, PA  17887-2000

HARRISBURG PA 171
MAR -5. 2008

LET US DARE TO READ,
THINK, SPEAK AND
John Adams, 1765

Office of the Clerk of Courts
United States District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut Street
P.O. Box 938
Harrisburg, PA  17108

17108+0938

Legal Mail