

*MARY E. D'ANDREA*
*Clerk of Court*

*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: http://www.pamd.uscourts.gov*

*Divisional Offices:*

*Harrisburg:    (717) 221-3920*
*Williamsport:  (570) 323-6380*

In Re: Standing Order 08-2 Appointment of Counsel in Proceedings Related to the
Retroactive Crack-Cocaine Guideline Amendments

Dear **James Hughes:**

The Clerk's Office has received your document for filing regarding the Retroactive
Crack-Cocaine Guideline Amendments.  Your document has been docketed to Case Number:
**1:00-CR-0173-01, USA v. James Hughes.**

The Federal Public Defender, 100 Chestnut Street, Suite 600, Harrisburg, PA 17101,
phone number: 717-782-2237, is appointed to represent you in this matter pursuant to Standing
Order 08-2, which is attached.  You are responsible for reading the Standing Order.

Sincerely,

Mary E. D'Andrea, Clerk of Court

By: s/ Kevin J. Neary
         Deputy Clerk

Dated: March 10, 2008