IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00173 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| JAMES ANTHONY HUGHES | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE/ NON-CONCURRENCE**

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that the United States Attorneys Office neither concurs nor non-concurs to the filing of the foregoing Motion for Relief Under 18 U.S.C. § 3582 (c) (2).

Date: April 15, 2008   /s/ *Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<Thomas A. Thornton@fd.org>
*Attorney for James A. Hughes*