# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **JAMES ANTHONY HUGHES** ) | Case No: 00-CR-173 |
| ) | USM No: 10223-067 |
| Date of Previous Judgment: January 19, 2001 ) | Thomas Thornton, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  180  months **is reduced to**  160 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:  35           Amended Offense Level:  34
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  292  to  365  months    Amended Guideline Range:  262  to  327  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**FILED**
HARRISBURG, PA

APR 2 3 2008

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## III. ADDITIONAL COMMENTS

This court follows the decision in United States v. Spurlock, No. 02-cr-187 (J. Caldwell) in granting this reduction.

Except as provided above, all provisions of the judgment dated  01/19/2001  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  April 23, 2008

_____
Judge's signature

Effective Date:  _____
(if different from order date)

Sylvia H. Rambo, United States District Judge
Printed name and title